UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EL AMIN MUHAMMAD #242898,

    Plaintiff,　　　　　　　　　　NO. 2:24-cv-12516

v　　　　　　　　　　　　　　　　　HON. MATTHEW F. LEITMAN

SGT. GERALD WHEELER,　　　　　　MAG. KIMBERLY G. ALTMAN

    Defendant.

---

| | |
|---|---|
| El Amin Muhammad #242898<br>*In Pro Per*<br>Lakeland Correctional Facility<br>141 First Street<br>Coldwater, MI 49036 | Austin C. Raines (P82583)<br>Assistant Attorney General<br>Attorney for MDOC Defendant Wheeler<br>Michigan Department of Attorney General<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055 |

_____/

## **LIMITED APPEARANCE OF COUNSEL**

    Please enter my appearance as attorney on behalf of **MDOC Defendant Sgt. Gerald Wheeler** for the limited purpose of participating in the Early Mediation process in the above-entitled action.

                                    Respectfully submitted,

                                    *s/ Austin C. Raines*
                                    Austin C. Raines (P82583)
                                    Assistant Attorney General
                                    Department of Attorney General
                                    Corrections Division

                                                P.O. Box 30217
                                                Lansing, MI  48909
                                                (517) 335-3055
                                                rainesa@michigan.gov
Date:  October 21, 2024          P82583

Raines\Mediation Prog\Muhammad – Ltd Appearance (ACR)

## **CERTIFICATE OF SERVICE**

I certify that on **October 21, 2024**, Plaintiff was served with the **LIMITED APPEARANCE OF COUNSEL,** and I certify that my secretary, Joleen McQuiston, has mailed by U.S. Postal Service the papers to the following non-ECF participant(s):

El Amin Muhammad #242898
*In Pro Per*
Lakeland Correctional Facility
141 First Street
Coldwater, MI  49036

                                          *s/   Austin C. Raines*
                                          Austin C. Raines (P82583)
                                          Assistant Attorney General
                                          Corrections Division
                                          P.O. Box 30217
                                          Lansing, MI  48909
                                          rainesa@michigan.gov
                                          (517) 335-3055
                                          P82583