UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

El'Amin Muhammad,

        Plaintiff(s)         Civil Action No. 24-cv-12516

v.         Judge Matthew F. Leitman

Wheeler,

        Defendant(s)
_____/

**ORDER OF DISMISSAL**

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The case was referred to the Pro Se Early Prisoner Mediation Program for possible resolution. A mediation conference was held, and a settlement was placed on the record. Accordingly,

IT IS ORDERED that this action is dismissed with prejudice. This Court retains jurisdiction for the limited purpose of enforcing the terms of the settlement agreement.

Date: February 4, 2025

s/Matthew F. Leitman
Matthew F. Leitman
United States District Judge